**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CHIEF JUDGE  LEWIS  T.  BABCOCK**
_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:     Gwen Daniel | Date: May 21, 2007 |

_____

| | |
|---|---|
| Criminal Action No. 07-cr-00174-LTB | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Guy Till |
| Plaintiff, | |
| v. | |
| 1. JEROME JOHNSON, | Shawna Geiger |
| Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING - STATUS/SCHEDULING

03:30 p.m.     Court in Session

Defendant present and in custody

Court's comments

Ms. Geiger's comments

The defense is in agreement with the Government's Unopposed Motion for an Ends of Justice Continuance (Doc No. 19) and the Unopposed Motion for Protective Order for Jencks Act and Rule 16 Material (Doc No. 20).

**ORDERED:  Government's Unopposed Motion for an Ends of Justice Continuance
                       (Doc No. 19) and the Unopposed Motion for Protective Order for Jencks**

1

        **Act and Rule 16 Material (Doc No. 20) are GRANTED.**

**ORDERED:   A further status/scheduling hearing is set Friday, July 6, 2007 at 8:30 a.m.**

03:34  p.m.   Court in Recess
                   Hearing concluded
                   Time: /04