IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cr-00174-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JEROME JOHNSON,

        Defendant.
_____

ORDER GRANTING THE GOVERNMENT'S
UNOPPOSED TITLE 18 U.S.C. § 3161(h)(8)(A) AND (B)
MOTION FOR FINDINGS OF COMPLEXITY
_____

        THE COURT has received the Government's Unopposed Motion for an ends of justice continuance vacating the presently established court dates in this case and granting the parties a sixty day period of time in which to develop the case.  The Court has reviewed the file in this case and is sufficiently advised in the premises.  The Court finds and concludes as follows:

        The defendant is being detained without bond.  The Government's motion indicates that the case is relatively complex and that additional time, beyond the normal speedy trial time provided by Title 18 U.S.C. § 3161,  will be beneficial to a fair resolution of the case.   The defense does not oppose the Government's motion.

        Under the circumstances presented, the Court finds and concludes that  the ends of justice served by granting the Government's Unopposed Motion to vacate the present pretrial and trial settings and to grant an enlargement of time within which the parties will consider the evidence

and prepare for disposition or further proceedings outweigh best interests of the public and the defendant in a speedy trial.   Based on the nature and extent of the underlying investigation and the number of potentially related cases and defendants, the Court finds and concludes that the case is unusually complex within the meaning of Title 18 U.S.C. § 3161(h)(8)(B).  Accordingly, the Government's Unopposed Motion is hereby granted.

The parties are directed, not later than July 16, 2007, to file a notice of disposition or, if no disposition has been reached,  to file any pretrial motions regarding issues presented in this case.  Upon the filing of  pretrial motions or notice of disposition, the parties shall make a conference call to chambers in order to schedule a change of plea date or to obtain motions hearing date and trial date consistent with the Court's calendar.

SO ORDERED.   Signed and entered this   21st   day of     May     , 2007.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Chief Judge